# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

09-31639

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Shara D. Rose<br>       Debtor.<br><br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>       Movant,<br>  vs.<br><br>Shara D. Rose, Debtor; Russell A. Brown, Trustee.<br><br>       Respondents. | No. 2:09-bk-30068-CGC<br><br>Chapter 13<br><br>NOTICE OF PRELIMINARY HEARING<br><br>Related to Docket #28<br><br>Hearing Date: 03/25/10<br>Hearing Time: 1:30 PM |

NOTICE IS HEREBY GIVEN that a Preliminary Hearing, with respect to the Motion to Lift the Automatic Stay filed by BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., Movant, has been set for 03/25/10 at 1:30 PM to be held at the U.S. Bankruptcy Court located at 230 North First Avenue Phoenix, AZ., Courtroom #601.

Dated this 15th day of March, 2010.

                                      By  /s/ MSB # 010167
                                          Mark S. Bosco
                                          Leonard J. McDonald
                                          Attorney for Movant

| | |
|---|---|
| 1 | COPY of the foregoing mailed<br>This 16th day of March, 2010 to: |
| 2 | |
| 3 | Shara D. Rose<br>17396 West Langer Lane<br>Surprise, AZ  85388 |
| 4 | Debtor |
| 5 | Joseph W. Charles |
| 6 | P.O. Box 1737<br>Glendale, AZ  85311-1737 |
| 7 | Attorney for Debtor |
| 8 | Russell A. Brown<br>3838 N. Central Ave |
| 9 | Suite 800<br>Phoenix, AZ 85012-1965 |
| 10 | Trustee |
| 11 | |
| 12 | By: /s/ Sheri L. Wray |